```
SAO
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
O'REILLY LAW GROUP, LLC
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
Attorneys for TRANSCONTINENTAL CORPORATION AND
TRANSCONTINENTAL PROPERTIES, INC.
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRANSCONTINENTAL CORPORATION, | CASE NO.: 2:08-CV-805-RCJ-RJJ |
| Plaintiff, | DEPT. NO.: |
| vs. | WITHDRAWAL BY HYDE OF HYDE'S MOTION FOR SUMMARY JUDGMENT, AND |
| FRANK PERNA, et al. | MUTUAL STIPULATION OF DISMISSAL WITH PREJUDICE OF |
| Defendants. | COMPLAINT, COUNTERCLAIM AND THIRD PARTY COMPLAINT, AS AMENDED |

(1) DONALD HYDE, appearing in proper person, hereby withdraws his Motion for Summary Judgment, which is pending in the above-entitled matter.

(2) TRANSCONTINENTAL CORPORATION and TRANSCONTINENTAL PROPERTIES, INC., by and through their counsel of record, O'REILLY LAW GROUP, LLC, FRANK PERNA, by and through their counsel of record, COOTER, MANGOLD, DECKELBAUM & KARAS, LLP, and the LAW OFFICES OF RICHARD VILKIN, PC, and DONALD HYDE, appearing in proper person, hereby jointly stipulate to the mutual dismissal, WITH PREJUDICE, of their respective claims and counterclaims as to each other in the above-

captioned case, pursuant to Federal Rule of Civil Procedure 41, with the parties to bear their own attorney's fees and costs.

DATED: June 23, 2010

O'REILLY LAW GROUP, LLC

By: _____
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for TRANSCONTINENTAL
CORPORATION AND TRANSCONTINENTAL
PROPERTIES, INC.

DATED: June 7, 2010

COOTER, MANGOLD, DECKELBAUM &
KARAS, LLP

By: _____
5301 Wisconsin Avenue, N.W., Suite 500
Washington, D.C. 20015
Attorneys for FRANK PERNA

DATED: June 7, 2010

LAW OFFICES OF RICHARD VILKIN, PC

By: _____
1286 Crimson Sage Avenue
Henderson, NV 89012
Attorneys for FRANK PERNA

DATED: June ___, 2010

_____
DONALD HYDE, in Proper Person

## ORDER

IT IS SO ORDERED.

DATED this 8 day of July, 2010.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

O'REILLY LAW GROUP, LLC

By: _____
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for TRANSCONTINENTAL CORPORATION
AND TRANSCONTINENTAL PROPERTIES, INC.

C:\Documents and Settings\Fernando\Local Settings\Temporary Internet Files\Content.Outlook\01YA3YQF\Transcon v Perna-Hyde Motion Sup2Dismiss Withdraw 6-7-10 2.doc

3 of 3